# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Willette L. Bowser**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | **)** | 3:23-cv-00445-JAG-DCK |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| U.S. Postal Service, et al | **)** | |
| Defendant(s). | **)** | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 7, 2025 Order.

May 7, 2025

*[signature]*

Katherine Hord Simon, Clerk
United States District Court